# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JAMES AND ANN DUREN,** *et al.*                                       **PLAINTIFFS**

**v.**                   **4:09CV00713-WRW**

**E.I. DUPONT DE NEMOURS AND**                               **DEFENDANTS**
**COMPANY,** *et al.*

## ORDER

Pending is Defendant E. I. du Pont de Nemours and Company's Motion to Permit Tom Harrison to Appear Pro Hac Vice (Doc. No. 6). The Motion is GRANTED. Mr. Harrison is directed to register with the Court's electronic filing system, CM/ECF, upon entering his appearance.

IT IS SO ORDERED this 14th day of October, 2009.

                                                                     /s/Wm. R. Wilson, Jr.
                                                    UNITED STATES DISTRICT JUDGE