# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JAMES DUREN, et al.**                                                   **PLAINTIFFS**

v.                        **No. 4:09-cv-713-DPM**

**E. I. DUPONT DE NEMOURS AND COMPANY, et al.**     **DEFENDANTS**

## ORDER

Mariam Hopkins, David Littleton, Carolyn Snider, Felicia Kerr, James Duren, Ann Duren, Kathryn Pryor, Tom Harrison, Luis Rodriguez, Sissy Gardner, and Doug White may bring their laptop or tablet computers and cell phones—including smart phones—into the courthouse for the pretrial conference on 28 June 2012 and the trial during the week of 9 July 2012. The phones may be used as needed outside any courtroom. When inside the courtroom, the cell phones must be turned off. Putting the cell phones on "vibrate" or "silent" is unacceptable. No phone or computer may be used to take photographs or video in the courthouse. And when talking on a phone (or with someone in person) in a corridor, all courthouse visitors should be

as quiet as possible. Visitors should also be as quiet as possible when working with their laptop computers.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

27 June 2012