IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES DUREN, et al.**                                              **PLAINTIFFS**

v.                     No. 4:09-cv-713-DPM

**E. I. DUPONT DE NEMOURS AND COMPANY**          **DEFENDANT**

### ORDER

Mary Kate Campbell and Russell Barger — in-house counsel for DuPont and DuPont's corporate representative, respectively — may bring their laptop or tablet computers and cell phones, including smart phones, into the courthouse for the trial during the week of 9 July 2012. The phones may be used as needed outside any courtroom. When inside the courtroom, the cell phones must be turned off. Putting the cell phones on "vibrate" or "silent" is unacceptable. No phone or computer may be used to take photographs or video in the courthouse. And when talking on a phone (or with someone in person) in a corridor, all courthouse visitors should be as quiet as possible. Visitors should also be as quiet as possible when working with their laptop

computers.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

10 July 2012